**FILED**

MAR 2 7 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Mag. No. 08mj 0110 EFB |
| Plaintiff, | ) | |
| v. | ) | ORDER UNSEALING CRIMINAL COMPLAINT, AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT, AND ARREST WARRANT |
| MICHAEL PAUL THOMPSON, | ) | |
| Defendant. | ) | |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the Criminal Complaint, Affidavit in Support of the Criminal Complaint, and Arrest Warrant, in the above referenced case, Mag. No. 08-0110 be, and is, hereby ordered **UNSEALED**.

DATED: March 27, 2008

HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge

1