FILED
March 31, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. MAG. 08-0110-EFB
　　　　　Plaintiff, )
v. )  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
MICHAEL PAUL THOMPSON, )
)
　　　　　Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MICHAEL PAUL THOMPSON, Case No. MAG. 08-0110-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $170,000.00 or all available equity in the posted property.

　　　(Location stated on the record)

____   Unsecured Appearance Bond

_X_   Appearance Bond with Surety

_X_   (Other) Conditions as stated on the record.

____   (Other) The Defendant is ordered released forthwith under a $170,000.00 unsecured bond pending the filing of the secured bond paperwork.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  03/31/08  at 3:35 PM

By _____
Edmund F. Brennan
United States Magistrate Judge